**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-7361**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FREDERICK KEITH SINGLETON,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CR-95-179-A)

_____

Submitted:  December 17, 1998        Decided:  January 7, 1999

_____

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Frederick Keith Singleton, Appellant Pro Se.  Robert Clifford Chesnut, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Singleton appeals the district court's order denying his Rule 41(e) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm the district court's finding that Singleton did not lawfully possess the $8,400 and the finding that Dunbar Armored, Inc. was entitled to the money. See United States v. Singleton, No. CR-95-179-A (E.D. Va. Sept. 1, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2